DAVID LOPEZ, ESQ.   DL-6779
171 Edge of Woods Road,
P.O. Box 323
Southampton, New York 11968
Tel:  631.287.5520
DavidLopezEsq@aol.com

Miriam Tauber, Esq. (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue,  #2A
New York, New York 10075
Tel: 323.790.4881
MiriamTauberLaw@gmail.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS J. DONOGHUE, and MARK RUBENSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN ROSATTI, and THE JOHN ROSATTI FAMILY TRUST Dated AUGUST 27, 2001,<br><br>Defendants,<br><br>and<br><br>BURGERFI INTERNATIONAL, INC.,<br><br>Nominal Defendant, | **23-CV-6400**<br>Case No. _____<br><br><br>**COMPLAINT**<br>**FOR RECOVERY OF**<br>**SHORT SWING PROFITS**<br>**UNDER** *15 U.S.C. § 78p(b)*<br><br><br>**JURY TRIAL DEMANDED** |

    **THE PLAINTIFFS**, by David Lopez, Esq., and Miriam Tauber, Esq., their attorneys, complaining of the defendants respectfully allege the following upon information and belief, except as to paragraph 2 which plaintiffs allege on personal knowledge:

**JURISDICTION:**

    1.    This action arises under the provisions of Section 16(b) of the Securities Exchange Act of 1934, *as amended*, 15 U.S.C. § 78p(b), (the "Act"), and jurisdiction is conferred upon this Court by Section 27 of the Act, 15 U.S.C. § 78aa.

1

## THE PARTIES AND VENUE:

2. Plaintiffs are each a security owner of BURGERFI INTERNATIONAL, INC. ("BURGERFI"), a Delaware corporation with principal offices and domicile at 200 West Cypress Creek Blvd. Suite 220, Fort Lauderdale, Florida 33309.

3. At all times relevant the common stock of BBURGFERFI as a class was registered under Section 12(b) of the Act.

4. At all times relevant the common stock of BURGERFI was listed for trading on the NASDAQ Stock Market, LLC, a national securities exchange located within this District and one or more of the transactions to be recited hereafter was effected through the facilities of that exchange making venue correct in this District.

5. This action is brought in the right and for the benefit of BURGERFI, which is named as a nominal party defendant solely in order to have all necessary parties before the Court.

6. At all times relevant JOHN ROSATTI and THE JOHN ROSATTI FAMILY TRUST DATED AUGUST 27, 2001 (collectively "ROSATTI"), were more-than-10% beneficial owners of BURGERFI common stock and each thereby a so-called "insider" as that term is understood within the meaning of Section 16(b) of the Act. ROSATTI has offices or can otherwise be found at 101 U.S. Highway 1, North Palm Beach, Florida 33408.

## STATUTORY REQUISITES:

7. The violations of Section 16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by a non-exempt person within the meaning of the Act.

8. Demand for prosecution was made on BURGERFI on March 23, 2023, and again on July 6, 2023. There has been no response.

9. More than 60 days have expired. Further delay in the filing of suit would be a futile gesture.

10. This action is brought within two years of the occurrence of the violations to be described herein or within two years of the time when reports required by Section 16(a) of the Act, 15 U.S.C § 78p(a), setting forth the substance of the transactions here complained of were first filed with the Securities & Exchange Commission ("SEC").

## CONSTITUTIONAL STANDING:

11. BURGERFI has suffered injury-in-fact and has constitutional standing to have this suit prosecuted on its behalf by reason of (i) the Defendants' breach of fiduciary duty owed to BURGERFI, such breach consisting of short-swing trading; (ii) conversion of monies belonging to BURGERFI upon the closing of any and all short-swing trades; and (iii) the reputational disparagement to BURGERFI attendant on having its insiders engage in short-swing trading and the dissemination of such facts through the insiders' compliance with Section 16(a) of the Act. Each such is a concrete and particularized harm redressable by the Court through this suit.

## FIRST CLAIM FOR RELIEF:

12. Between August 13, 2022, and April 25, 2023, ROSATTI sold shares of BURGERFI as follows:

| Sale Date | Shares Sold | Price / Share |
|---|---:|---:|
| 8/9/2022 | 3,000 | $3.23 |
| 8/10/2022 | 5,000 | $3.25 |
| 8/11/2022 | 5,000 | $3.25 |
| 8/12/2022 | 5,000 | $3.12 |
| 8/15/2022 | 10,000 | $3.23 |
| 8/16/2022 | 10,000 | $3.29 |
| 8/17/2022 | 5,000 | $3.19 |
| 8/18/2022 | 5,000 | $3.10 |
| 8/19/2022 | 5,000 | $3.09 |

| Sale Date | Shares Sold | Price / Share |
|---|---:|---:|
| 8/22/2022 | 5,000 | $3.02 |
| 8/23/2022 | 5,000 | $3.02 |
| 8/24/2022 | 5,000 | $3.08 |
| 8/25/2022 | 5,000 | $3.03 |
| 8/26/2022 | 5,000 | $2.95 |
| 8/29/2022 | 5,000 | $2.92 |
| 8/30/2022 | 5,000 | $2.92 |
| 8/31/2022 | 5,000 | $3.06 |
| 9/1/2022 | 5,000 | $2.94 |
| 9/2/2022 | 5,000 | $2.93 |
| 9/6/2022 | 5,000 | $2.91 |
| 9/7/2022 | 5,000 | $2.94 |
| 9/8/2022 | 5,000 | $2.96 |
| 9/9/2022 | 5,000 | $3.01 |
| 9/12/2022 | 5,000 | $3.05 |
| 9/13/2022 | 5,000 | $2.98 |
| 9/14/2022 | 5,000 | $2.99 |
| 9/15/2022 | 5,000 | $2.93 |
| 9/16/2022 | 5,000 | $2.91 |
| 9/19/2022 | 5,000 | $3.01 |
| 9/20/2022 | 5,000 | $2.94 |
| 9/21/2022 | 5,000 | $2.92 |
| 9/22/2022 | 5,000 | $2.90 |
| 9/23/2022 | 5,000 | $2.91 |
| 9/26/2022 | 5,000 | $2.91 |
| 9/27/2022 | 5,000 | $2.93 |
| 9/28/2022 | 5,000 | $2.91 |
| 9/29/2022 | 5,000 | $2.86 |
| 9/30/2022 | 5,000 | $2.72 |
| 10/3/2022 | 5,000 | $2.50 |
| 10/4/2022 | 5,000 | $2.47 |
| 10/5/2022 | 5,000 | $2.34 |
| 10/6/2022 | 5,000 | $2.37 |
| 10/7/2022 | 5,000 | $2.22 |
| 10/10/2022 | 5,000 | $2.20 |
| 10/11/2022 | 5,000 | $2.18 |
| 10/12/2022 | 5,000 | $1.96 |
| 10/13/2022 | 5,000 | $1.93 |

| Sale Date | Shares Sold | Price / Share |
|---|---:|---:|
| 10/14/2022 | 5,000 | $2.01 |
| 10/17/2022 | 5,000 | $2.01 |
| 10/18/2022 | 5,000 | $2.06 |
| 10/19/2022 | 5,000 | $2.04 |
| 10/20/2022 | 5,000 | $1.99 |
| 10/21/2022 | 5,000 | $1.96 |
| 10/24/2022 | 5,000 | $1.85 |
| 10/25/2022 | 5,000 | $1.84 |
| 10/26/2022 | 5,000 | $1.90 |
| 10/27/2022 | 5,000 | $1.90 |
| 10/28/2022 | 5,000 | $1.90 |
| 10/31/2022 | 5,000 | $1.94 |
| 11/1/2022 | 5,000 | $1.88 |
| 11/2/2022 | 5,000 | $1.81 |
| 11/3/2022 | 5,000 | $1.84 |
| 11/4/2022 | 5,000 | $1.80 |
| 11/7/2022 | 5,000 | $1.74 |
| 11/8/2022 | 5,000 | $1.76 |
| 11/9/2022 | 5,000 | $1.71 |
| 11/10/2022 | 5,000 | $1.80 |
| 11/11/2022 | 5,000 | $1.86 |
| 11/14/2022 | 5,000 | $2.02 |
| 11/15/2022 | 5,000 | $2.17 |
| 11/16/2022 | 5,000 | $2.11 |
| 11/17/2022 | 5,000 | $1.93 |
| 11/18/2022 | 5,000 | $1.88 |
| 11/21/2022 | 5,000 | $1.74 |
| 11/22/2022 | 5,000 | $1.69 |
| 11/23/2022 | 5,000 | $1.66 |
| 11/25/2022 | 5,000 | $1.63 |
| 11/28/2022 | 5,000 | $1.69 |
| 11/29/2022 | 5,000 | $1.60 |
| 11/30/2022 | 5,000 | $1.52 |
| 12/1/2022 | 5,000 | $1.54 |
| 12/2/2022 | 5,000 | $1.55 |
| 12/5/2022 | 5,000 | $1.49 |
| 12/6/2022 | 5,000 | $1.50 |
| 12/19/2022 | 2,800 | $1.45 |

| Sale Date | Shares Sold | Price / Share |
|---|---:|---:|
| 12/20/2022 | 5,000 | $1.42 |
| 12/21/2022 | 5,000 | $1.44 |
| 12/22/2022 | 5,000 | $1.36 |
| 12/23/2022 | 5,000 | $1.31 |
| 12/27/2022 | 5,000 | $1.33 |
| 12/28/2022 | 5,000 | $1.33 |
| 12/29/2022 | 5,000 | $1.29 |
| 12/30/2022 | 5,000 | $1.26 |
| 1/3/2023 | 5,000 | $1.28 |
| 1/4/2023 | 5,000 | $1.33 |
| 1/5/2023 | 5,000 | $1.37 |
| 1/6/2023 | 5,000 | $1.39 |
| 1/9/2023 | 5,000 | $1.42 |
| 1/10/2023 | 5,000 | $1.42 |
| 1/11/2023 | 5,000 | $1.45 |
| 1/12/2023 | 5,000 | $1.58 |
| 1/13/2023 | 5,000 | $1.65 |
| 1/17/2023 | 5,000 | $1.73 |
| 1/18/2023 | 5,000 | $1.72 |
| 1/19/2023 | 5,000 | $1.65 |
| 1/20/2023 | 5,000 | $1.71 |
| 1/23/2023 | 5,000 | $1.70 |
| 1/24/2023 | 5,000 | $1.68 |
| 1/25/2023 | 5,000 | $1.66 |
| 1/26/2023 | 5,000 | $1.63 |
| 1/27/2023 | 5,000 | $1.66 |
| 1/30/2023 | 5,000 | $1.68 |
| 1/31/2023 | 5,000 | $1.73 |
| 2/1/2023 | 5,000 | $1.76 |
| 2/2/2023 | 5,000 | $1.81 |
| 2/3/2023 | 5,000 | $1.77 |
| 2/6/2023 | 5,000 | $1.68 |
| 2/7/2023 | 5,000 | $1.64 |
| 2/8/2023 | 5,000 | $1.64 |
| 2/9/2023 | 5,000 | $1.59 |
| 2/10/2023 | 5,000 | $1.62 |
| 2/13/2023 | 5,000 | $1.61 |
| 2/14/2023 | 5,000 | $1.64 |

| Sale Date | Shares Sold | Price / Share |
|---|---:|---:|
| 2/15/2023 | 5,000 | $1.69 |
| 2/16/2023 | 5,000 | $1.64 |
| 2/17/2023 | 5,000 | $1.68 |
| 2/21/2023 | 5,000 | $1.66 |
| 2/22/2023 | 5,000 | $1.64 |
| 2/23/2023 | 5,000 | $1.61 |
| 2/24/2023 | 5,000 | $1.60 |
| 2/27/2023 | 5,000 | $1.64 |
| 2/28/2023 | 5,000 | $1.59 |
| 3/1/2023 | 5,000 | $1.57 |
| 3/2/2023 | 5,000 | $1.52 |
| 3/3/2023 | 5,000 | $1.50 |
| 3/6/2023 | 5,000 | $1.45 |
| 3/7/2023 | 5,000 | $1.42 |
| 3/8/2023 | 5,000 | $1.44 |
| 3/9/2023 | 5,000 | $1.39 |
| 3/10/2023 | 5,000 | $1.31 |
| 3/13/2023 | 5,000 | $1.28 |
| 3/14/2023 | 5,000 | $1.29 |
| 3/15/2023 | 5,000 | $1.28 |
| 3/16/2023 | 5,000 | $1.28 |
| 3/17/2023 | 5,000 | $1.25 |
| 3/20/2023 | 5,000 | $1.23 |
| 3/21/2023 | 5,000 | $1.22 |
| 3/22/2023 | 5,000 | $1.19 |
| 3/23/2023 | 5,000 | $1.22 |
| 3/24/2023 | 5,000 | $1.13 |
| 3/27/2023 | 5,000 | $1.09 |
| 3/28/2023 | 5,000 | $1.11 |
| 3/29/2023 | 5,000 | $1.18 |
| 3/30/2023 | 5,000 | $1.17 |
| 3/31/2023 | 5,000 | $1.15 |
| 4/3/2023 | 5,000 | $1.19 |
| 4/4/2023 | 5,000 | $1.22 |
| 4/5/2023 | 5,000 | $1.19 |
| 4/6/2023 | 5,000 | $1.18 |
| 4/10/2023 | 5,000 | $1.16 |
| 4/11/2023 | 5,000 | $1.25 |

| Sale Date | Shares Sold | Price / Share |
|---|---:|---:|
| 4/12/2023 | 5,000 | $1.20 |
| 4/13/2023 | 5,000 | $1.22 |
| 4/14/2023 | 10,000 | $1.20 |
| 4/17/2023 | 10,000 | $1.15 |
| 4/18/2023 | 10,000 | $1.17 |
| 4/19/2023 | 10,000 | $1.15 |
| 4/20/2023 | 10,000 | $1.11 |
| 4/21/2023 | 10,000 | $1.11 |
| 4/24/2023 | 10,000 | $1.06 |
| 4/25/2023 | 3,300 | $1.01 |

13. Pursuant to a Settlement Agreement dated January 11, 2023, in connection with claims brought by ROSATTI in litigation that was then pending in Florida, ROSATTI acquired at total of 1,049,056 shares from BURGERFI. ROSATTI reported that he acquired a total of 200,000 shares pursuant to the Settlement Agreement on January 23, 2023; and an additional 849,056 shares on January 24, 2023. For purposes of Section 16(b), ROSATTI is deemed to have purchased the shares subject to the Settlement Agreement when he entered into a binding commitment to the transaction contemplated by the Settlement Agreement.

14. The date of ROSATTI's purchase or purchases of the Settlement Agreement for purposes of Section 16(b)—whether January 11, 2023, when the Settlement Agreement was executed, or on January 24 and January 25, 2023, as ROSATTI reported, and his purchase price for the 1,049,056 shares acquired pursuant to the Settlement Agreement, will be established in discovery, including of the Settlement Agreement itself, which has not been disclosed.

15. ROSATTI's purchase of a total 1,049,056 shares pursuant to the Settlement Agreement executed on January 11, 2023, may be matched with his sales of stock within a period of less than six months before and after his Settlement Agreement purchases, including the sales enumerated at Paragraph 12, and any sales that may be effected following the filing of this

Complaint. Profits are computed in accordance with the "lowest price in/highest price out" method prescribed by cases under Section 16(b).

16. For purposes of this Complaint, Plaintiffs estimate ROSATTI's short swing profits by reference to the closing market price of BURGERFI stock on January 11, 2023, which was $1.46 per share. Applying that price as ROSATTI's purchase price for the 1,049,056 shares acquired pursuant to the Settlement Agreement, Plaintiffs estimate that ROSATTI realized short swing profits of approximately $445,000. This estimate is subject to revision following discovery.

## SECOND CLAIM FOR RELIEF:

17. This Second Claim for Relief is a precaution against possible errors of detail attributable to inaccuracies in the public record or the discovery of additional trades during the course of this action.

18. ROSATTI, acting during periods not barred by the statute of limitations measured from the date of the filing of this complaint, purchased and sold or sold and purchased equity securities or equity security equivalents of BURGERFI within periods of less than six months of each other while an insider of BURGERFI including but not limited to the transactions pleaded in the First Claim for Relief.

19. By reason of such purchases and sales or sales and purchases of its equity securities or equity security equivalents within periods of less than six months of one another while an insider of BURGERFI, ROSATTI realized profits, the exact amounts thereof being unknown to Plaintiffs, which profits inure to the benefit, and are recoverable by Plaintiffs on behalf, of BURGERFI.

**WHEREFORE**, Plaintiffs demand judgment:

a) Requiring ROSATTI to account for and to pay over to BURGERFI the short-swing profits realized and retained by him or it in violation of Section 16(b) of the Act, together with appropriate interest and the costs of this suit;

b) Awarding to Plaintiffs their costs and disbursements including reasonable attorney, accountant, and expert witness fees; and

c) Granting to Plaintiffs such other and further relief as the Court may deem just and proper.

Dated: Southampton, New York
July 24, 2023

Yours, etc.

*/s/ Miriam Tauber*  */s/ David Lopez*
_____  _____
Miriam Tauber, Esq. (MT-1979  David Lopez, Esq (DL-6779)
*Attorney for Plaintiffs*  *Attorney for Plaintiffs*