```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/27/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS J. DONOGHUE,
and MARK RUBENSTEIN,

        Plaintiffs,

-against-

JOHN ROSATTI, and
THE JOHN ROSATTI FAMILY TRUST Dated
AUGUST 27, 2001,

        Defendants,

and

BURGERFI INTERNATIONAL, INC.,

        Nominal Defendant.

23 Civ. 6400 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 32. Paragraph 20 of the proposed protective order states that the Court "will retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder." *Id.* ¶ 23. The Court shall not retain jurisdiction over the protective order after termination of the case. Accordingly, by **April 3, 2024**, the parties shall file a revised proposed protective order.

    SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge