**MIRIAM TAUBER L**[AW]

885 Park Avenue 2A • New York, N[Y]
MiriamTauberLaw@gmail.com • (32[3)]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/16/2024___

<u>Via ECF; EMAIL</u>
Hon. Analisa Torres (U.S.D.J.)
U.S.D.C., S.D.N.Y. (500 Pearl Street)
Torres_NYSDChambers@nysd.uscourts.gov

<u>Re</u>: *Donoghue* et. al. v. *BurgerFi International, Inc.*, et. al., No. 23 Civ. 6400 (AT)

**Request to Reschedule Case Management Conference**
(Due to Conflict With Conference Scheduled in Another Case)

Your Honor:

I am one of the attorneys representing the Plaintiffs in the above-referenced action.

The Court has scheduled a Case Management Conference for May 14, 2014, at 11:00 AM. (*See* Dkt. 37.)

I have a conference scheduled in another case for the same date and time and respectfully request that the Court reschedule the conference. I propose that the conference be rescheduled for another day during the week of May 13, 2024, or at another time convenient for the Court.

I have conferred with counsel for the Rosatti Defendants and for the Nominal Defendant and they do not oppose this request.

Counsel for Nominal Defendant advises that they are available any day that week in the afternoon, except for Thursday May 16, 2024. Counsel for the Rosatti Defendants advises that they are available on Friday, May 17, 2024.

This is the first request to adjourn the Case Management Conference. No other case deadlines will be impacted.

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber

GRANTED. The case management conference scheduled for May 14, 2024, is ADJOURNED to **May 21, 2024**, at **3:00 p.m.**

SO ORDERED.

Dated: April 16, 2024
New York, New York

ANALISA TORRES
United States District Judge