UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
DENNIS J. DONOGHUE et al.,
                                                                 :
                Plaintiff,                                            ORDER
                                                                 :
        -v.-
                                                                 :   23 Civ. 6400 (AT) (GWG)
BURGERFI INTERNATIONAL, INC. et al.,
                                                                 :
                Defendants.
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    A telephone conference to discuss the discovery dispute raised in Docket # 39 will take place on Monday, April 22, 2024, at 11:00 a.m. Plaintiffs have leave to file a reply letter in advance of the conference.

    A few minutes prior to the above date and time, the parties shall dial 646-453-4442 and use access code: 229 710 088#. (The public may also dial in but will be permitted only to listen.) When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone. A telephone line and microphone technology with optimal quality should be used.

    The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

    Upon receipt of this order each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

    SO ORDERED.

Dated: April 18, 2024
      New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge