UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
DENNIS J. DONOGHUE et al.,
                                                    :
                         Plaintiff,                         ORDER
                                                    :
              -v.-
                                                    :     23 Civ. 6400 (AT) (GWG)
BURGERFI INTERNATIONAL, INC. et al.,
                                                    :
                         Defendants.
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    1. The above-referenced action has been referred to the undersigned for general pre-trial
purposes.   See 28 U.S.C. § 636(b)(1)(A).  All pre-trial applications, including those relating to
scheduling and discovery, shall be made to the undersigned (except motions to dismiss or for
judgment on the pleadings, for injunctive relief, for summary judgment, or for class
certification).  All applications must comply with this Court's Individual Practices, which are
available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein

    2. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 --
not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made
promptly after the cause for such a motion arises.

    3. The parties are required to make affirmative attempts to settle this matter through
discussions among counsel and mediation if necessary and appropriate. Mediation may be
undertaken by means of private mediation or Court-supervised mediation, which includes the
Court's mediation program or potentially a conference before the undersigned.  The parties shall
file a letter with the Court as soon as they are prepared to participate in mediation and to indicate
what format they prefer.

    SO ORDERED.

Dated: April 22, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge