UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DENNIS J. DONOGHUE,
and MARK RUBENSTEIN,

                Plaintiffs.,

      -against-

JOHN ROSATTI, and
 THE JOHN ROSATTI FAMILY TRUST Dated
AUGUST 27, 2001,

                Defendants,

    and

BURGERFI INTERNATIONAL, INC.,

                Nominal Defendant.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _05/08/2024_ |

23 Civ. 6400 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the referral of this case to mediation, *see* ECF No. 48, the case management conference scheduled for May 21, 2024, is ADJOURNED *sine die*.

    The parties shall file a joint status update by **July 1, 2024**, or at the conclusion of mediation, whichever comes first.

    SO ORDERED.

Dated: May 8, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge