```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL F. DOOLEY,
*as LIQUIDATING TRUSTEE for
BURGERFI INTERNATIONAL, INC.*,

               Plaintiff,

-against-

JOHN ROSATTI, and
The JOHN ROSATTI FAMILY TRUST
*Dated AUGUST 27, 2001*,

               Defendants.

23 Civ. 6400 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 19, 2025, the Court directed Defendants to file their cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment by June 6, 2025. ECF No. 82. That deadline has since passed. Accordingly:

1. By **June 13, 2025**, Defendants shall file their motion and opposition papers;
2. By **July 3, 2025**, Plaintiff shall file his opposition to Defendants' motion and his reply, if any, in support of his own motion; and
3. By **July 18, 2025**, Defendants shall file their reply, if any, in support of their own motion.

    SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge