```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL F. DOOLEY,
*as LIQUIDATING TRUSTEE for*
*BURGERFI INTERNATIONAL, INC.*,

                Plaintiff,

-against-

JOHN ROSATTI, and
The JOHN ROSATTI FAMILY TRUST
*Dated AUGUST 27, 2001*,

                Defendants.

23 Civ. 6400 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 19, 2025 (the "May 19 Order"), the Court lifted the stay in this action and granted the motion to substitute in Daniel F. Dooley (the "Liquidating Trustee") as Plaintiff in this matter. ECF No. 82. By letter dated June 12, Defendants requested that the Court permit them to move for reconsideration of the May 19 Order and that the Court stay the parties' summary judgment briefing in the interim. ECF No. 85.

    As Plaintiff observes, *see* ECF No. 87, Rule III.A.i of the Court's Individual Practices in Civil Cases specifies that a pre-motion letter is not required for motions for reconsideration. Nevertheless, for clarity's sake, the Court GRANTS Defendants' request to move for reconsideration and sets the following briefing schedule:

1. By **July 7, 2025**, Defendants shall file their motion;
2. By **July 18, 2025**, Plaintiff shall file his response; and
3. By **July 25, 2025**, Defendants shall file their reply, if any.

Summary judgment briefing shall be held in abeyance pending the Court's resolution of Defendants' motion.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 85.

    SO ORDERED.

Dated: June 17, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge